Audrey M. ROYAL, Personal Representative of the Estate of John I. Royal, Petitioner,

v.

The COLORADO STATE PERSONNEL BOARD, and the Department of Institutions, Division of Developmental Disabilities, Respondents.

No. 84 SC 260.

Supreme Court of Colorado,
En Banc.

Aug. 29, 1986.

ORDER OF COURT

Upon review of the briefs and record filed herein, and having heard the oral arguments of counsel,

It Is This Day Ordered that the Petition for Writ of Certiorari shall be, and the same hereby is, Dismissed as Improvidently granted.